UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| REX COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 17-94-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The administrative decision of Nancy A. Berryhill, Acting Commissioner of Social Security, is **AFFIRMED**. Judgment is entered in favor of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, with respect to all issues raised in this civil action.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 16th day of November, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge